# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD L. HERNDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF PRISON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00660-SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF No. 7] |

    Plaintiff Edwin Garcia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on May 23, 2016.  Local Rule 302.

    On October 14, 2016, the Court dismissed Plaintiff's complaint for failure to state a claim under section 1983 and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).

    More than thirty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's order.  Indeed, on November 14, 2016, the United States Postal Service returned the October 14, 2016 order as undeliverable.  A notation on the envelope indicates that Plaintiff has paroled.  However, Plaintiff has not notified the Court of any change in his address. Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Coleman v. Tollefson, __ U.S. __, __, 125 S.Ct. 1759, 1765 (2015).

IT IS SO ORDERED.

Dated:   **November 18, 2016**

UNITED STATES MAGISTRATE JUDGE